In re Resignation of Guth.

Cleveland Bar Association *v.* Guth.

[Cite as *In re Resignation of Guth* (1996), 74 Ohio St.3d 1282.]

(Nos. 95–2646 and 95–1673—Submitted January
10, 1996—Decided January 12, 1996.)

The resignation as an attorney of Milton Jerome Guth of Cleveland, Ohio, Attorney Registration No. 0019441, is accepted. *Sua sponte,* 95–1673, *Cleveland Bar Assn. v. Guth,* is dismissed as moot.

Moyer, C.J., Douglas, Wright, Resnick, F.E. Sweeney, Pfeifer and Cook, JJ., concur.